**Order entered June 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00696-CV

## IN THE INTEREST OF I. L.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-07655**

## ORDER

Before the Court is appellant's May 28, 2013 motion for an order granting him status as an indigent for purposes of appeal. We **GRANT** appellant's motion. Appellant is considered indigent for purposes of the appeal and is allowed to proceed without prepayment of costs.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE